NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

———————————

2024-1289

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00807.

———————————

## JUDGMENT

———————————

GREER N. SHAW, Graves & Shaw LLP, Los Angeles, CA, argued for appellant. Also represented by PHILIP GRAVES.

DEBRA JANECE MCCOMAS, Haynes and Boone, LLP, Dallas, TX, argued for appellee. Also represented by ANDREW S. EHMKE; ADAM CARL FOWLES, Plano, TX; ANGELA M. OLIVER, Washington, DC; LAURA VU, San Francisco, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2025
Date

Jarrett B. Perlow
Clerk of Court